FILED:  March 19, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 26-1282
(1:25-cv-00795-SAG)
(1:24-cv-01065-SAG)
(1:25-cv-01551-SAG)
(1:25-cv-01552-SAG)

———————————

In re: MCDONOGH SCHOOL, INCORPORATED

Petitioner

———————————

O R D E R

———————————

Upon consideration of the petition for writ of mandamus filed by McDonogh School, Incorporated, the court directs the filing of an answer to the petition by Levi B. Miller, IV, Dennis Wedekind, Jr., and John Doe pursuant to Fed. R. App. P. 21(b)(1).

The answer shall be filed within 10 days of the date of this order. **Appearance of Counsel** and **Disclosure Statement** forms shall also be filed within 10 days of the date of this order. Court forms are available as links from this notice and at the court's website, **www.ca4.uscourts.gov**.

For the Court

/s/ Nwamaka Anowi, Clerk