# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 20, 2026

_____

RESPONSE REQUESTED

_____

No.      26-1282,          In re: McDonogh School, Incorporated
                           1:25-cv-00795-SAG,1:24-cv-01065-SAG,1:25-cv-
                           01551-SAG, 1:25-cv-01552-SAG

TO:    Levi B. Miller
       John Doe
       Dennis Wedekind

RESPONSE DUE: 03/23/2026

Response is required to the motion for stay pending appeal on or before
03/23/2026.

T. Barton, Deputy Clerk
804-916-2702