UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1282
(1:25-cv-00795-SAG)
(1:24-cv-01065-SAG)
(1:25-cv-01551-SAG)
(1:25-cv-01552-SAG)

_____

In re: MCDONOGH SCHOOL, INCORPORATED

Petitioner

_____

O R D E R

_____

Upon review of submissions relative to the petition for writ of mandamus, the court denies the petition. Further, upon consideration of submissions relative to the motion to stay the district court's orders unsealing certain documents at issue in the mandamus petition, the court denies the motion.

Entered at the direction of Judge Benjamin with the concurrence of Judge Niemeyer and Judge Harris.

For the Court

/s/ Nwamaka Anowi, Clerk